DAVID E. ADKINS, ESQ.
Nevada Bar No. 4503
611 Sierra Rose Drive, Suite B
Reno, NV 89511
(775) 432-6600
david@algnv.com
*Attorney for Defendant Beverly-Blair Corso Trust*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| U.S. BANK TRUST, N.A. AS TRUSTEE FOR VOLT ASSET HOLDINGS TRUST XVI, <br><br> Plaintiff, <br><br> v. <br><br> BEVERLY BLAIR CORSO TRUST; DOE STONEFIELD HOMEOWNERS ASSOCIATION; DOE Individual I-X inclusive; and ROE business entities XI-XX inclusive, <br><br> Defendants. | Case No.: 3:16-cv-00689-MMD-VPC <br><br><br> **STIPULATION FOR EXTENSION OF TIME TO REPLY TO OPPOSITION (First Request)** |

Plaintiff, U.S. Bank Trust, N.A. as Trustee for Volt Asset Holdings Trust XVI ("U.S. Bank"), Defendant Beverly Blair Corso Trust ("Beverly"), and Defendant Stonefield Homeowners Association, by and through their respective counsel, hereby stipulate and agree that Beverly shall have additional time, through November 27, 2017, in which to reply to Plaintiff's OPPOSITION TO DEFENDANT BEVERLY BLAIR CORSO TRUST'S MOTION TO DISMISS FIRST AMENDED COMPLAINT FOR QUIET TITLE [DKT. No. 34], filed herein on November 6, 2017. A reply is currently due on or before November 13, 2017.

/ /

/ /

/ /

/ /

This request is made for the reason that Beverly's counsel has several matters due concurrently requiring additional time in which to adequately address the issues raised in Plaintiff's Opposition. This is Beverly's first such request.

DATED: November 13, 2017.

| **Wright, Finlay & Zak, LLP** | **The Law Offices of David E. Adkins** |
|---|---|
| /s/Rock K. Jung, Esq. | /s/David E. Adkins, Esq. |
| Edgar C. Smith, Esq.<br>Nevada Bar No. 5506<br>Rock K. Jung Esq.<br>Nevada Bar No. 10906<br>7785 W. Sahara Ave., Suite 200<br>Las Vegas, Nevada 89117<br>rjung@wrightlegal.net<br>*Attorneys for Plaintiff U.S. Bank Trust, N.A.* | David E. Adkins, Esq.<br>Nevada Bar No. 4503<br>611 Sierra Rose Drive<br>Reno, NV 89511<br>david@algnv.com<br>*Attorney for Defendant Beverly-Blair Corso Trust* |
| **Perry & Westbrook** | |
| /s/Alan W. Westbrook, Esq.<br>Alan W. Westbrook, Esq.<br>Nevada Bar No. 6167<br>6490 S. McCarran Blvd., Suite C-2<br>Reno, NV 89509<br>awestbrook@perrywestbrook.com<br>*Attorneys for Defendant Stonefield Homeowners Association* | |

**IT IS SO ORDERED:**

_____
UNITED STATES __DISTRICT__ JUDGE

DATED: __November 15, 2017__