David E. Adkins, Esq.
Nevada Bar No. 4503
LAW OFFICE OF DAVID E. ADKINS
611 Sierra Rose Drive, Suite B
Reno, NV 89511
Tele: (775) 432-6600
Fax: (775) 636-6912
david@algnv.com
*Attorney for Defendant Beverly-Blair Corso Trust*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| U.S. BANK TRUST, N.A. AS TRUSTEE FOR VOLT ASSET HOLDINGS TRUST XVI,<br><br>Plaintiff,<br><br>v.<br><br>BEVERLY BLAIR CORSO TRUST; STONEFIELD HOMEOWNERS ASSOCIATION; DOE Individual I-X inclusive; and ROE business entities XI-XX inclusive,<br><br>Defendants. | Case No.: 3:16-cv-00689-MMD-VPC<br><br>**JOINT STIPULATED JUDGMENT AND ORDER OF DISMISSAL OF ALL CLAIMS** |

Plaintiff, U.S. Bank Trust, N.A. as Trustee for Volt Asset Holdings Trust XVI ("U.S. Bank"), by and through its attorneys of record, the law firm of Wright, Finlay & Zak, LLP, Defendant Beverly Blair Corso Trust ("Beverly"), by and through its attorney of record, David E. Adkins, Esq., and Defendant Stonefield Homeowners Association ("Stonefield"), by and through its attorneys of record, the law firm of Perry & Westbrook, being all parties to the action, hereby stipulate and agree as follows:

WHEREAS:

1. The real property which is the subject of this case is commonly known as 7723 Corso Street, Reno, Nevada 89506, APN No. 080-834-07 (the "Property") and is governed by

the Stonefield Homeowners Association;

2. U.S. Bank is the holder of a first Deed of Trust securing a promissory note in the original amount of $360,000.00 made on or about May 15, 2006 ("Note"), by Jeffery C. Birmingham and Hiesen Birmingham ("Borrowers") and recorded on May 19, 2006 in the Official Records of Washoe County, Nevada as Book and Instrument Number 3389941 ("Deed of Trust");

3. On May 13, 2011, a Notice of Perfection of Assessment Lien and Notice of Delinquent Assessment and Claim of Lien Homeowners Association was recorded against the Property by Gayle A. Kern, Esq. ("Kern"), as agent of Stonefield;

4. On August 27, 2012, a Notice of Default and Election to Sell was recorded against the Property by Kern, as agent for Stonefield;

5. On March 22, 2013, a Notice of Homeowners Association Sale was recorded against the Property by Kern, as agent for Stonefield;

6. Kern sold the Property on behalf of Stonefield on or about April 25, 2013, ("HOA Sale") to Nadina Beverly, as Trustee for Beverly Blair Corso Trust.

7. On May 21, 2013, a Deed in Foreclosure of Assessment Lien naming Beverly as the grantee was recorded as Instrument No. 4239173 Official Records of Washoe County, Nevada;

8. On November 29, 2016, U.S. Bank filed a Complaint for Quiet Title in the instant action (ECF No. 1) naming Beverly as Defendant;

9. On September 28, 2017, U.S. Bank filed its First Amended Complaint for Quiet Title (ECF No. 29) adding Stonefield as Defendant;

10. On October 12, 2017, Stonefield filed its Answer to the First Amended

Complaint.

11. On October 16, 2017, Beverly filed her Motion to Dismiss the First Amended Complaint.

12. The Parties have now come to a resolution regarding their respective claims and interest in the Property;

13. The Parties have executed a settlement agreement, the terms of which are confidential, but under which U.S. Bank agrees to forego all right, title and interest in the Property and to disclaim its interest thereto, for agreed-upon consideration;

14. By virtue of the settlement and U.S. Bank's disclaimer, title to the Property is and hereafter shall be vested in Beverly, free and clear of all right, title and interest claimed by U.S. Bank, its successors and assigns, under the Deed of Trust. The court may enter an order to this effect;

15. All other claims asserted by or against any of the Parties hereto shall be dismissed with prejudice;

16. Nothing in this stipulation should be construed as intended to benefit any other party not identified as the Parties hereto, and in particular, shall not constitute a waiver or relinquishment of any claims by U.S. Bank against the Borrowers; and

17. Pursuant to NRS 40.020, no Party may recover costs or attorney's fees against the other as a result of this disclaimer of interest; and

18. Each Party shall bear its own fees and costs incurred in this litigation and settlement.

IT IS HEREBY STIPULATED AND AGREED that judgment for quiet title shall be granted in favor of Beverly;

IT IS FURTHER STIPULATED AND AGREED that the above-referenced matter, including all remaining claims for relief, by and between all Parties, shall be dismissed WITH PREJUDICE.

IT IS FURTHER STIPULATED AND AGREED that all pending hearings shall be vacated, as moot.

IT IS FURTHER STIPULATED AND AGREED that nothing in this Stipulation and Order is intended to be, or will be, construed as an admission of the claims or defenses of the Parties.

IT IS FURTHER STIPULATED AND AGREED that this Stipulation and Order is in no way intended to impair the rights of U.S. Bank (or any of its authorized agents, investors, affiliates, predecessors, successors, and assigns) to pursue any and all remedies against the Borrowers, as defined in the Note, that U.S. Bank (or any of its authorized servicers, agents, investors, affiliates, predecessors, successors, and assigns) may have relating to the Note, including the right to sue the Borrower for any deficiency judgment.

IT IS FURTHER STIPULATED AND AGREED that the settlement entered into by and between the Parties has been entered into in good faith, pursuant to NRS 17.245 and applicable case law, and any and all claims, counterclaims and third-party claims for contribution or equitable/implied indemnity of any party, person or entity against Beverly, Stonefield and/or U.S. Bank, whether compulsory or permissive, whether asserted or not, whether legal or equitable, related in any way to the claims asserted in the case at bar, shall be forever discharged and barred, with prejudice.

IT IS FURTHER STIPULATED AND AGREED that each Party shall bear its own attorney's fees and costs.

| | |
|---|---|
| IT IS FURTHER STIPULATED AND AGREED that a copy of this Stipulated Judgment may be recorded with the Washoe County Recorder. | |

| | |
|---|---|
| Dated this 28th day of February, 2018.<br><br>**WRIGHT, FINLAY & ZAK, LLP**<br><br>/s/ Rock K. Jung, Esq.<br>Edgar C. Smith, Esq.<br>Nevada Bar No. 5506<br>Rock K. Jung Esq.<br>Nevada Bar No. 10906<br>7785 W. Sahara Ave., Suite 200<br>Las Vegas, Nevada 89117<br>rjung@wrightlegal.net<br>*Attorneys for Plaintiff U.S. Bank* | Dated this 28th day of February, 2018.<br><br>**The Law Offices of David E. Adkins**<br><br>/s/ David E. Adkins, Esq.<br>David E. Adkins, Esq.<br>Nevada Bar No. 4503<br>611 Sierra Rose Drive<br>Reno, NV 89511<br>david@algnv.com<br>*Attorney for Defendant Beverly Blair Corso Trust* |
| Dated this 28th day of February, 2018.<br><br>**Perry & Westbrook**<br><br>/s/ Alan W. Westbrook, Esq.<br>Alan W. Westbrook, Esq.<br>Nevada Bar No. 6167<br>1701 W. Charleston Blvd., Suite 200<br>Las Vegas, Nevada 89102<br>awestbrook@perrywestbrook.com<br>*Attorneys for Defendant Stonefield Homeowners Association* | |

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE
DATED: March 1, 2018